**No Action Taken on Motion; Order filed August 11, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00594-CV
_____

### WILLIAM REEVES, Appellant

### V.

### HARBOR AMERICA CENTRAL, INC., Appellee

---

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2017-25574**

---

## ORDER

On April 28, 2020, this court issued an opinion and judgment reversing and remanding the trial court's decision. On May 12, 2020, appellee filed a timely motion for en banc reconsideration. This court has not yet ruled on that motion.

On July 15, 2020, appellee filed a motion to recall the mandate in this case. This court has not issued a mandate. This appeal has not been finally disposed of. *See* Tex. R. App. P 18.6 (appellate court may delay issuing mandate until appeal is finally disposed). Because this court has not yet issued its mandate, our judgment has not taken effect. *See id.* (appellate court's judgment on appeal from an interlocutory order takes effect when the mandate is issued).

This case was stayed in the trial court, pursuant to section 51.014 (b) of the Civil Practice and Remedies Code, when appellant filed a notice of appeal from the trial court's denial of appellant's motion to dismiss brought under section 27.003 of that code. *See* Tex. Civ. Prac. & Rem. Code § 51.014(b) (staying all proceeding in the trial court until resolution of interlocutory appeal) and § 27.003. Because this appeal is not finally resolved, all proceedings in the trial court remain stayed.

Accordingly, we take no action on appellant's motion to recall the mandate and we order the trial court to enforce the statutory stay mandated by section 51.014(b) and withdraw the docket control order issued on July 8, 2020. *See* Tex. Civ. Prac. & Rem. Code § 51.014(b).

PER CURIAM

Panel Consists of Justices Wise, Bourliot, and Zimmerer.